NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPERCELL OY,**

*Plaintiff-Appellant*

**v.**

**GREE, INC., GREE INTERNATIONAL ENTERTAINMENT, INC., FUNZIO GAMES, INC.,**

*Defendants-Appellees*

---

2019-1662

---

Appeal from the United States District Court for the Northern District of California in No. 4:17-cv-05556-YGR, Judge Yvonne Gonzalez Rogers.

---

**JUDGMENT**

---

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for plaintiff-appellant. Also represented by BRYAN ALEXANDER KOHM; CRYSTAL ADA NWANERI, Mountain View, CA; GEOFFREY ROBERT MILLER, New York, NY.

JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, argued for defendants-appellees. Also represented by STEVEN MOORE, TAYLOR JACQUELINE

PFINGST, San Francisco, CA; ANDREW WILLIAM RINEHART, Winston-Salem, NC.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 10, 2020</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court